# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> DWAYNE ARNOLD SMITH, <br><br> Debtor. | Case No. 22-14225 MER <br> Chapter 13 |
| DWAYNE ARNOLD SMITH, <br><br> Plaintiff, <br> v. <br><br> WORLD BUSINESS LENDERS, LLC, and WBL SPO II, LLC, <br><br> Defendants. | Adversary Proceeding No. 23-1165 MER |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**

THIS MATTER, having come before the Court on the Plaintiff Dwayne Smith's Motion to Extend Pretrial Deadlines (the "Motion") and the Court, being advised in the matter, hereby

ORDERS the Motion is GRANTED. The deadline for the parties to complete fact discovery in this proceeding is extended to October 31, 2025.

DATED this 25th day of August, 2025.

BY THE COURT:

_____
Hon. Michael E. Romero
United States Bankruptcy Judge